**Ari H. Marcus, Esq.**
Licensed to Practice in NJ, NY & PA
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
YZelman@MarcusZelman.com

# MARCUS & ZELMAN, LLC
ATTORNEYS & COUNSELLORS AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970
*All Correspondence to NJ Office*

December 11, 2020

**Via ECF**
The Honorable United States District Judge Michael A. Shipp
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

     **Re:** Bandman v. Bank of America, N.A.
        Civil Action No.: 3:20-cv-15614-MAS-LHG

To The Honorable United States District Judge Michael A. Shipp,

  The undersigned represents the Plaintiff in the above referenced matter.

  Please be advised that this matter has been settled as to the claims against Defendant. It is therefore respectfully requested that the matter against be stayed for sixty (60) days to allow the parties to finalize settlement details and submit a Stipulation of Dismissal with prejudice and without costs.

  Defendant's counsel has consented to this request and is copied on this communication.

  Kindly contact the undersigned with any questions or concerns regarding the foregoing.

  Thank you.

           Respectfully Submitted,

           /s/ Ari H. Marcus
           Ari H. Marcus, Esq.
           MARCUS & ZELMAN, LLC

AHM/llh