IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**YEHOSHUA BANDMAN,**

                **Plaintiff,**

     -v-                           **Civil Case Number:  3:20-cv-15614-MAS-LHG**

**BANK OF AMERICA, N.A.,**

                **Defendant.**

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        January 26, 2021

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Philip Andrew Goldstein |
| Yitzchak Zelman, Esq. | Philip Andrew Goldstein, Esq. |
| Marcus & Zelman, LLC | McGuireWoods LLP |
| 701 Cookman Avenue, Suite 300 | 1251 Avenue of the Americas, 20th Floor |
| Asbury Park, NJ 07712 | New York, NY 10020 |
| Tel: (732) 695-3282 | Tel: (212) 548-2167 |
| Email: yzelman@marcuszelman.com | Email: pagoldstein@mcguirewoods.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Yehoshua Bandman* | *Bank of America, N.A.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **YEHOSHUA BANDMAN,**<br><br>                    **Plaintiff,**<br><br>            -v-<br><br>**BANK OF AMERICA, N.A.,**<br><br>                    **Defendant.** | Civil Case Number: **3:20-cv-15614-MAS-LHG** |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 26, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **3:20-cv-15614-MAS-LHG**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of _____ 2021.**

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE