IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

YEHOSHUA BANDMAN,

                Plaintiff,

    -v-                           Civil Case Number:  3:20-cv-15614-MAS-LHG

BANK OF AMERICA, N.A.,

                Defendant.

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 26, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **3:20-cv-15614-MAS-LHG**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS  27th  day of  January  2021.

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE